**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CARLOS GASPAR MACIAS**                                          **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 5:08cv223-DCB-MTP**

**CONSTANCE REESE, ET AL.**                                          **DEFENDANTS**

### ORDER OF DISMISSAL

This cause having come before the court on the Plaintiff's Motion for Voluntary

Dismissal [15], the court finds that the motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

That this action is DISMISSED without prejudice. Any pending motions are denied as

moot.

THIS, the 16th day of December, 2008.

_____
United States Magistrate Judge